WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998

Attorney for Defendant Todd Hansen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 1:11-mj-00231-BAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR |
| ) | CONTINUANCE OF STATUS |
| v. ) | CONFERENCE DATE AND TO |
| ) | EXCLUDE TIME PURSUANT TO |
| TODD HANSEN, ) | SPEEDY TRIAL ACT |
| ) | |
| Defendant. ) | Date: 11/18/11 |
| _____ ) | |

## INTRODUCTION

On November 3, 2011, defendant Todd Hansen was arraigned pursuant to his Rule 5(c)(3) arrest on a matter arising out of the Southern District of New York. Defendant waived his right to an identity hearing and, on the recommendation of Pre-Trial Services, was released on his own recognizance, subject to certain conditions of release, with an order to appear before the appropriate court in New York on November 18, 2011. This stipulation seeks to continue that appearance date to December 5, 2011.

Assistant U.S. Attorney Janis Echenberg of the U.S. Attorney's Office in the Southern District of New York has discussed this matter with counsel for the defendant and agrees to this continuance.

1

//

**STIPULATION**

With this Court's permission, defendant Todd Hansen, and Plaintiff United States of America, by and through their undersigned attorneys, stipulate and agree that the defendant is ordered to next appear before the Duty Magistrate, U.S. District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007 at 9:00 a.m. on December 5, 2011, instead of the previously ordered appearance date of November 18, 2011.

Defendant Hansen continues to waive his right to a speedy preliminary hearing.

**IT IS SO STIPULATED.**

DATED: November 9, 2011

/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Defendant Todd Hansen

DATED: November 9, 2011

/s/ Mark Cullers
_____
MARK CULLERS
Supervising Assistant United States Attorney
Eastern District of California

IT IS SO ORDERED.

Dated: **November 9, 2011**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE